UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61021-CIV-COHN

BRIDGEWATER PRODUCTS, INC.,

Magistrate Judge Seltzer

　　Plaintiff,

vs.

HSBC MORTGAGE CORPORATION, et al.

　　Defendants.

_____/

### ORDER DENYING PLAINTIFF'S LETTER REQUEST
### ORDER QUASHING SUBPOENA

THIS CAUSE is before the Court upon filing of Plaintiff's Letter to the Court [DE 9] and a subpoena directed to U.S. Magistrate Judge Lurana Snow [DE 10]. The Court has carefully considered the filings and is otherwise fully advised in the premises.

Plaintiff Bridgewater Products, Inc. ("Plaintiff"), a corporation, filed this action on July 5, 2008, through its President and Agent, Paul Bridgewater, seeking a change of venue from the Eastern District of Michigan and alleging three claims against mortgage companies relating to civil rights violations under 42 U.S.C. §§ 1981 to 1988 and two claims relating to the Fair Debt Collections Practices Act, 15 U.S.C. §§ 1692e and g. Plaintiff states that the Eastern District of Michigan "is a potential defendant and thus that venue prohibits impartiality." Paul Bridgewater (not the Plaintiff in this present action filed in the Southern District of Florida) filed a similar action in Michigan (Case No. 05-40330), which was dismissed without prejudice.[1]

---

[1] Paul Bridgewater filed a case in this Court in October of 2007 against the City of Detroit, in which he also sought a change of venue from the Eastern District of Michigan. Case No. 07-61540-Civ-Cohn. Because the Michigan case was dismissed

On July 18, 2008, this Court dismissed Plaintiff's Complaint without prejudice for a variety of reasons stated in the Order, as well as denying Plaintiff's motion to recuse, for appointment of counsel, and for Plaintiff, a corporation, to appear in forma pauperis [DE 5]. Plaintiff then filed various "Notices" with this Court, seeking to have other cases in this District "consolidated" into this closed case. One of those cases, 08-21585-Civ-Gold (initially filed in Miami division on June 4, 2008), was transferred by Judge Alan Gold to the Eastern District of Michigan on June 25, 2008. This Court is without authority to do anything with that case. Another allegedly related case, 08cv80746, was filed on July 9, 2008 in the West Palm Beach division, and transferred to Judge Gold based upon Case No. 08-21585-Civ. Judge Gold dismissed that case on July 24, 2008. Finally, a fourth case noted on Plaintiff's filings in this case, Case No. 08-61022-CIV-Zloch, was transferred by Judge William Zloch to the Eastern District of Michigan on August 26, 2008.

Plaintiff's current filing seeks to put the blame for "delay" in resolution of his cases with this Court. However, Mr. Paul Bridgewater has not complied with the orders of this Court. In addition, Mr. Bridgewater appears to be engaged in a forum shopping effort by filing cases in Miami, Fort Lauderdale and West Palm Beach by the same or related plaintiffs, all in an attempt to avoid the courts in the Eastern District of Michigan.

---

with prejudice by the Court in Michigan without having been appealed as of October, 2007, this Court dismissed its case. Subsequent to this Court's dismissal, Paul Bridgewater filed a belated appeal in Michigan on December 4, 2007, which was dismissed by the United States Court of Appeals for the Sixth Circuit on April 21, 2008 as having been filed too late. Paul Bridgewater's appeal of this Court's dismissal of Case No. 07-61540-Civ-Cohn was dismissed by the United States Court of Appeals for the Eleventh Circuit.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Letter to the Court [DE 9], to the extent it seeks any relief, is hereby **DENIED**,

2. The subpoena directed to U.S. Magistrate Judge Lurana Snow [DE 10] is hereby **QUASHED** because it seeks information regarding "counsel of record" that can be obtained by viewing the docket in those case numbers listed, neither of which are assigned to the undersigned.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of October, 2008.

_____
JAMES I. COHN
United States District Judge

copies to:

Bridgewater Products, Inc.
Paul Bridgewater, Pres. and Agent
101 Green Hills Dr.
Saline, MI 48716

Paul Bridgewater
13148 SW 49th Court
Miramar, FL 33027

3